ACCEPTED
03-15-00393-CV
6298491
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/30/2015 4:05:10 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00393-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/30/2015 4:05:10 PM
JEFFREY D. KYLE
Clerk

# IN THE THIRD COURT OF APPEALS OF TEXAS

**Mary Decker**
**Appellant**

**v.**

**Clifford Homes, LLC**
**Appellee**

**Appeal from the County Court of Williamson County, TX**
**Trial Court No. 15-0508**

## APPELLANT'S UNOPPOSED MOTION TO DISMISS

David Rogers
Texas Bar No. 24014089
Law Office of David Rogers
1201 Spyglass Suite 100
Austin, TX 78746
Firm@DARogersLaw.com
Matthew Wilson
Texas Bar No. 24079588
Telephone: (512) 923-1836
Fax: (512) 201-4082
Fax: (512) 777-5988

ATTORNEYS FOR APPELLANT

## IN THE THIRD COURT OF APPEALS OF TEXAS

**Mary Decker**
**Appellant**

**v.**

**Clifford Homes, LLC**
**Appellee**

### Appeal from the County Court of Williamson County, TX
### Trial Court No. 15-0508

### APPELLANT'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE THIRD COURT OF APPEALS:

Comes now Appellant, Mary Decker, and files her motion to dismiss her appeal from Williamson County Court at Law No. 4. Appellant no longer wishes to pursue this appeal and respectfully moves this court to dismiss her appeal and remove this case from the court's docket.

RESPECTFULLY SUBMITTED,

_/s/ David Rogers_____
DAVID ROGERS

Texas Bar No. 24014089

LAW OFFICE OF DAVID ROGERS
1201 Spyglass

Suite #100
Austin, TX 78746
Telephone: (512) 923-1836

Facsimile: (512) 201-4082
*Email:* Firm@DARogersLaw.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 30, 2015 I contacted counsel for Appellees who indicated they are unopposed to the filing of this motion.

   */s/ David Rogers*_____
DAVID ROGERS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing motion was served upon counsel of record for Appellee via this court's ECF system on this 30th day of July, 2015.

  J. Hyde
State Bar No. 24027083
THE J. HYDE Law OFFICE, PLLC
Ill E. 17th Street#l2015
Austin, Texas 78711
Phone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

   */s/ David Rogers*_____
DAVID ROGERS